GARY E. SCHNITZER, ESQ.
Nevada Bar No. 395
KRAVITZ, SCHNITZER & JOHNSON, CHTD.
8985 South Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
(702) 222-4142 Direct
(702) 362-2203 Facsimile
Email: gschnitzer@ksjattorneys.com
*Attorney for Defendant,*
*OCWEN LOAN SERVICING, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HERMAN L. EVERETT,<br><br>Plaintiff,<br><br>vs.<br><br>CALIBER HOME LOANS, INC., OCWEN LOAN SERVICING, LLC, EQUIFAX INFORMATION SERVICES, LLC, AND TRANS UNION, LLC,<br><br>Defendants. | Case No.: 2:17-cv-02925-JAD-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD**<br><br>**(FIRST REQUEST)** |

Pursuant to Local Rule IA 6-1 of the United States District Court for the District of Nevada, Defendant Ocwen Loan Servicing, LLC ("Defendant") and Plaintiff Herman L. Everett ("Plaintiff"), by and through their respective counsel, hereby stipulate as follows:

1. Plaintiff filed his Complaint on November 21, 2017;

2. Defendant was served with the Complaint on November 27, 2017;

3. Defendant's deadline to answer or respond to Plaintiff's Complaint is December 18, 2017;

4. Defendant has requested, and Plaintiff has consented to, an additional fourteen (14) days for Defendant to file an Answer or otherwise respond to the Complaint;

1

5. An additional twenty-one (21) days for Defendant to answer or respond to Plaintiff's Complaint will not alter the date of any event or deadline already fixed by the Court or prejudice any party;

6. Good cause exists to grant the stipulation as the additional twenty-one (21) days are needed to allow Defendant to complete its investigation of Plaintiff's allegations, including a review of all relevant documents;

7. Pursuant to Civil Local Rules 6.2 and 7.1, Plaintiff and Defendant agree that Defendant shall have up to and including January 8, 2018 to file a responsive pleading to Plaintiff's Complaint.

8. WHEREAS, this is the first request by the Parties seeking such extension;

THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY STIPULATED AND AGREED by and between the Parties as follows:

Defendant OCWEN LOAN SERVICING, LLC, shall have up to and including January 8, 2018 to file an Answer or Otherwise Plead to Plaintiff's Complaint.

**IT IS SO STIPULATED.**

DATED this 15th day of December, 2017.

| | |
|---|---|
| */s/ David Krieger, Esq.* | */s/ Gary E. Schnitzer, Esq.* |
| David Krieger, Esq. | Gary E. Schnitzer, Esq. |
| Nevada Bar No. 9086 | Nevada Bar No. 395 |
| HAINES & KRIEGER, LLC | KRAVITZ, SCHNITZER & JOHNSON, CHTD. |
| 8985 S. Eastern Ave., Ste. 350 | 8985 S. Eastern Ave., Ste. 200 |
| Henderson, NV 89123 | Las Vegas, NV 89123 |
| *Attorney for Plaintiff* | *Attorney for Defendant* |
| HERMAN L. EVERETT | OCWEN LOAN SERVICING, LLC |

**IT IS ORDERED.**

DATED this December 18, 2017.

_____
United States Magistrate Judge