Bradley T. Austin, Esq.
Nevada Bar No. 13064
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: baustin@swlaw.com

*Attorneys for Defendant Equifax*
*Information Services, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HERMAN L. EVERETT,<br><br>      Plaintiff,<br><br>vs.<br><br>CALIBER HOME LOANS, INC.; OCWEN LOAN SERVICING, LLC;; EQUIFAX INFORMATION SERVICES LLC; TRANS UNION, LLC,<br><br>      Defendants. | **Case No. 2:17-cv-02925-JAD-CWH**<br><br>**STIPULATION OF EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER**<br><br>**(FIRST REQUEST)** |

    Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from December 18, 2017 through and including **January 8, 2018**. Plaintiff and Equifax are actively engaged in settlement discussions. The additional time to respond to the Complaint will facilitate settlement discussions. This stipulation is filed in good faith and not intended to cause delay.

///

///

///

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

Respectfully submitted this 15th day of December, 2017.

          SNELL & WILMER LLP

          By: /s/ *Bradley T. Austin*
          Bradley T. Austin
          Nevada Bar No. 13064
          3883 Howard Hughes Pkwy
          Suite 1100
          Las Vegas, NV 89169
          Tel: 702-784-5200
          Fax: 702-784-5252
          Email: baustin@swlaw.com
          *Attorneys for Defendant*
          *Equifax Information Services LLC*

          ***No opposition***

          /s/ *David H. Krieger*
          David H. Krieger, Esq.
          Nevada Bar No. 9086
          HAINES & KRIEGER, LLC
          8985 S. Eastern Ave., Suite 350
          Henderson, NV 89123
          Phone: (702) 880-5554
          FAX: (702) 385-5518
          Email: dkrieger@hainesandkrieger.com
          *Attorney for Plaintiff*

**IT IS SO ORDERED:**

_____
United States Magistrate Judge

DATED: 12/18/17

4844-3725-8328