Jason G. Revzin
Nevada Bar No. 8629
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada  89118
Telephone: (702) 893-3383
Facsimile:  (702) 893-3789
Email: jason.revzin@lewisbrisbois.com
COUNSEL FOR DEFENDANT TRANS UNION LLC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| HERMAN L. EVERETT,<br><br>Plaintiff,<br><br>v.<br><br>CALIBER HOME LOANS, INC., OCWEN LOAN SERVICING, LLC, EQUIFAX INFORMATION SERVICES, LLC, and TRANS UNION, LLC,<br><br>Defendants. | Case No. 2:17-cv-02925-JAD-CWH<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |

COMES NOW Plaintiff Herman L. Everett ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, and file their Joint Stipulation Extending Defendant Trans Union's Time to Respond to Plaintiff's Complaint.

On November 21, 2017, Plaintiff filed his Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is December 18, 2017. Trans Union is in need of additional time to investigate Plaintiff's claims and respond to the allegations and details in Plaintiff's Complaint. Plaintiff has agreed to extend the deadline in which Trans Union has to file responsive pleadings to Plaintiff's Complaint until January 17, 2018.

/ / /

/ / /

/ / /

| | |
|---|---|
| 1 | This is the first stipulation for extension of time for Trans Union to respond to Plaintiff's |
| 2 | Complaint. |
| 3 | DATED: December 18, 2017 |
| 4 | **LEWIS BRISBOIS BISGAARD & SMITH LLP** |
| 5 | |
| 6 | /s/ *Jason G. Revzin* |
| | Jason G. Revzin |
| 7 | Nevada Bar No. 8629 |
| | Jason.revzin@lewisbrisbois.com |
| 8 | 6385 South Rainbow Blvd., Suite 600 |
| | Las Vegas, NV 89118 |
| 9 | (702) 893-3383 |
| | (702) 893-3789 Fax |
| 10 | *Counsel for Trans Union LLC* |
| 11 | |
| 12 | **HAINES & KRIEGER, LLC** |
| 13 | |
| 14 | /s/ *David H. Krieger* |
| | David H. Krieger |
| 15 | Nevada Bar No. 9086 |
| | dkrieger@hainesandkrieger.com |
| 16 | 8985 S. Eastern Ave., Suite 350 |
| | Henderson, NV 89123 |
| 17 | (702) 880-5554 |
| | (702) 385-5518 Fax |
| 18 | *Counsel for Plaintiff* |

## ORDER

IT IS SO ORDERED.

Dated this ____ December 18 _____, 2017.

_____
HONORABLE CARL W. HOFFMAB
UNITED STATES MAGISTRATE JUDGE