David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorney for Plaintiff,*
*HERMAN L. EVERETT*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| HERMAN L. EVERETT,<br><br>    Plaintiff,<br><br>v.<br><br>CALIBER HOME LOANS, INC.;<br>OCWEN LOAN SERVICING, LLC;<br>EQUIFAX INFORMATION<br>SERVICES, LLC; TRANS UNION,<br>LLC,<br><br>    Defendants. | Case No. 2:17-cv-02925-JAD-CWH<br><br>**ORDER GRANTING STIPULATION TO DISMISS ACTION WITH PREJUDICE AS TO TRANS UNION, LLC ONLY**<br><br>[ECF No. 29] |

Plaintiff HERMAN L. EVERETT and Defendant TRANS UNION, LLC hereby stipulate and agree that the above-entitled action shall be dismissed with

…

…

…

…

prejudice in accordance with Fed. R. Civ. P. 41 (a)(2) as to, **TRANS UNION, LLC** ONLY. Each party shall bear its own attorney's fees, and costs of suit.

Dated: April 20, 2018

| | |
|---|---|
| By:<br><br>/s/David H. Krieger, Esq.<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue<br>Suite 350<br>Henderson, Nevada 89123<br><br>*Attorney for Plaintiff,*<br>HERMAN L. EVERETT | By:<br><br>/s/Jason Revzin, Esq.<br>Jason Revzin, Esq.<br>Lewis Brisbois Bisgaard & Smith LLP<br>6385 S. Rainbow Blvd.<br>Suite 600<br>Las Vegas, NV 89118<br>jason.revzin@lewisbrisbois.com<br><br>*Attorney for Defendant,*<br>TRANS UNION, LLC, |

## ORDER

Local Rule 7-1(c) states that "A stipulation that has been signed by fewer than all the parties or their attorneys will be treated--and must be filed--as a joint motion." This stipualtion [ECF No. 29] is between the plaintiff and only one of the three remaining defendants. Accordingly, I treat the stipulation **[ECF No. 29]** as a joint motion under LR 7-1(c), find good cause, and **GRANT** it. IT IS THEREFORE ORDERED that all claims against defendant Trans Union LLC are **DISMISSED** with prejudice, each party to bear its own fees and costs.

Dated: April 26, 2018

_____
U.S. District Judge Jennifer A. Dorsey