David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorney for Plaintiff,*
*HERMAN L. EVERETT*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| HERMAN L. EVERETT, <br><br> Plaintiff, <br><br> v. <br><br> CALIBER HOME LOANS, INC.; OCWEN LOAN SERVICING, LLC; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC, <br><br> Defendants. | Case No. 2:17-cv-02925-JAD-CWH <br><br> **STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO OCWEN LOAN SERVICING, LLC ONLY** <br><br> ECF No. 33 |

Plaintiff HERMAN L. EVERETT and Defendant OCWEN LOAN SERVICING, LLC hereby stipulate and agree that the above-entitled action shall

…

…

…

…

…

be dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, OCWEN LOAN SERVICING, LLC**. Each party shall bear its own attorney's fees, and costs of suit.

Dated:    May 9, 2018

| By:<br><br>/s/David H. Krieger, Esq.<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue<br>Suite 350<br>Henderson, Nevada 89123<br><br>*Attorney for Plaintiff* | By:<br><br>/s/ Anna J. Zarndt, Esq.<br>Anna J. Zarndt, Esq.<br>Troutman Sanders LLP<br>11682 El Camino Real<br>Suite 400<br>San Diego, CA 92130<br><br>*Attorney for Defendant*<br>OCWEN LOAN SERVICING, LLC |

## **ORDER**

Based on the parties' stipulation **[ECF No. 33]**, which I construe as a joint motion under LR 7-1(c) because it was signed by fewer than all the parties or their attorneys, and with good cause appearing, IT IS HEREBY ORDERED that ALL CLAIMS AGAINST OCWEN LOAN SERVICING, LLC are DISMISSED with prejudice, each side to bear its own fees and costs.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: May 11, 2018