David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, HERMAN L. EVERETT*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| HERMAN L. EVERETT,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CALIBER HOME LOANS, INC.; OCWEN LOAN SERVICING, LLC; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC,<br><br>　　　　　Defendants. | Case No. 2:17-cv-02925-JAD-CWH<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO <u>CALIBER ONLY</u>**<br><br>ECF No. 35 |

　　　Plaintiff HERMAN L. EVERETT and Defendant CALIBER HOME LOANS, INC. hereby stipulate and agree that the above-entitled action shall be

…

…

…

…

…

…

dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, CALIBER HOME LOANS, INC**. Each party shall bear its own attorney's fees, and costs of suit.

Dated: June 11, 2018

| By: | By: |
|---|---|
| /s/David H. Krieger, Esq. | /s/ Holly A. Priest, Esq. |
| David H. Krieger, Esq. | Joel E. Tasca |
| Nevada Bar No. 9086 | Nevada Bar No. 14124 |
| HAINES & KRIEGER, LLC | Holly A. Priest |
| 8985 S. Eastern Avenue | Nevada Bar No. 13226 |
| Suite 350 | 1980 Festival Plaza Dr., #900 |
| Henderson, Nevada 89123 | Las Vegas, Nevada 89135 |
| *Attorney for Plaintiff* | *Attorney for Defendant Caliber Home Loans, Inc* |

## ORDER

Based on the parties' stipulation **[ECF No. 35]** and good cause appearing, and because this stipulated dismissal of the claims against last-defendant-standing Caliber Home Loans, Inc., leaves no claims remaining, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: June 11, 2018